### HUNT *v.* WESTERN UNION TELEGRAPH COMPANY.

SIMMONS, C. J. Where in an action for trespass on land the evidence is con-, flicting on the question as to whether any trespass has been committed, and the jury, believing the defendant's witnesses, find against the plaintiff, and the verdict is approved by the trial judge, this court will not interfere with his discretion in refusing to grant a new trial upon the grounds that the verdict is contrary to the law and the evidence.

*Judgment affirmed.* *All the Justices concurring.*

Argued April 5, — Decided April 27, 1901.

Action of trespass. Before Judge Henry. Floyd superior court. December 11, 1900.

*Denny & Harris,* for plaintiff. *W. S. McHenry,* for defendant.